1124

No. 95-7018. SEXTON v. HOWARD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95-7023. BELL v. COOK ET AL. C. A. 6th Cir. Certiorari denied.

No. 95-7024. MCCORMICK v. KAYLO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95-7027. AMMONS v. POLIAK ET AL. C. A. 7th Cir. Certiorari denied.

No. 95-7028. STEPHENSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95-7029. WILLIAMS v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95-7031. FLAKES v. NORFOLK SOUTHERN CORP. C. A. 11th Cir. Certiorari denied.

No. 95-7032. DEA v. PENNSYLVANIA DEPARTMENT OF TRANSPORTATION. C. A. 3d Cir. Certiorari denied.

No. 95-7033. FROMAL v. JACKSON. C. A. 4th Cir. Certiorari denied.

No. 95-7034. FALES v. SEINFELD, ACTING CHIEF JUDGE, WASHINGTON COURT OF APPEALS, DIVISION TWO. Ct. App. Wash. Certiorari denied.

No. 95-7035. MACK v. BUFFALO MUNICIPAL CIVIL SERVICE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 95-7037. VERDUGO v. CALIFORNIA STATE UNIVERSITY AT LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95-7047. YOUNG v. CITY OF CULVER CITY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95-7048. ROWSER v. LOCAL 299, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA. C. A. 6th Cir. Certiorari denied.